Cr.App., 216 S.W.2d 980; Perez v. State, 153 Tex.Cr.R. 223, 221 S.W.2d 915.

As qualified, Bill of Exception No. 5 fails to present error.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the court.

## SEARCY et al. v. STATE.
### No. 25568.

Court of Criminal Appeals of Texas.
Dec. 12, 1951.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., J. J. Fagan, Asst. Dist. Atty., Dallas, George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellants Joe J. Danna and Max Rudberg are the sureties of Tennison Searcy on a bond required by a magistrate for his appearance to answer a burglary charge.

Following his indictment, Tennison Searcy failed to appear.

A judgment nisi was entered and following service, was made final.

No brief has been filed by appellants following their notice of appeal, and the state's motion to dismiss the appeal must be granted. See Bell v. State, Tex.Cr.App., 244 S.W.2d 210.

The appeal is dismissed.

Opinion approved by the Court.

## Tennison SEARCY et al., Appellants
## v. STATE.
### No. 25569.

Court of Criminal Appeals of Texas.
Dec. 12, 1951.

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., J. J. Fagan, Asst. Dist. Atty., Dallas, George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The appeal is from a bond forfeiture, being the same sureties and principal as in Searcy v. State, Tex.Cr.App., 244 So.2d 517, but involving bond in another burglary case against Tennison Searcy.

The issues of law are the same as in the former case.

No brief having been filed herein, the appeal is dismissed.

Opinion approved by the Court.